McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
VINCENZA RABENN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GARY PIERSON,<br><br>                    Defendant. | CASE NO. 17-CR-00294-DAD-BAM<br><br>ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM |

On May 10, 2018, a Superior Court Judge for the State of California, County of Kern, requested that the body of the above-named defendant be produced in Kern County Superior Court so that proceedings in the case of People v. Gary Michael Pierson Jr., BF 170590 C, may proceed. The defendant's appearance before the state court judge is necessary on May 23, 2018, at 8:30 a.m., for case proceedings. The defendant is currently in the custody of the United States Marshal, charged in the above-entitled action, housed at the Kern County Jail, Lerdo Pre-Trial Facility. His next appearance before the United States District Court is scheduled for May 29, 2018, at 1:00 p.m. for a status conference. It appearing that the defendant's presence is needed for a hearing in the state action, and that the next court appearance in the above-entitled case will be on May 29, 2018:

IT IS HEREBY ORDERED that deputies of the Kern County Sheriff's Office or their designee may produce the defendant in Kern County Superior Court on May 23, 2018, for purposes of his presence at state court proceedings, and shall return him to the custody of the United States Marshal

| | |
|---|---|
| 1 | Service in the physical custody of Kern County Jail, Lerdo Pre-Trial Facility, immediately after the |
| 2 | proceeding has concluded on May 23, 2018. |
| 3 | The Court further orders that the Kern County Sheriff's Office or their designated agents can |
| 4 | produce the defendant for future state court proceedings with his return immediately thereafter after the |
| 5 | U.S. Marshal Service and the Kern County Sheriff's Office confirms with an Assistant U.S. Attorney |
| 6 | that no state court appearance conflicts with any federal court appearance.  Under no circumstances is |
| 7 | the defendant to be released from the physical custody of the Kern County Jail other than for the court |
| 8 | appearances that are the subject of this Order or for scheduled federal court appearances, or upon further |
| 9 | order from this Court. |
| 10 | |
| 11 | IT IS SO ORDERED. |
| 12 | Dated:   **May 17, 2018**                              /s/ *Sheila K. Oberto* |
| 13 |                                                                           UNITED STATES MAGISTRATE JUDGE |